NEVADA DEFENSE GROUP
Damian R. Sheets, Esq.
Nevada Bar Number 10755
1389 W. Galleria Drive, Ste. 200
Henderson, Nevada 89014
(702) 988-2600
(702) 988-9500
dsheets@defendingnevada.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22:mj-00532-DJA |
| Plaintiff, | ORDER to Close Case |
| v. | |
| JOHN FUNAKI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Damian Sheets, counsel for the defendant, that the status conference set for October 6, 2023, be vacated and the case be closed.

This stipulation is entered into for the following reasons:

1. Defendant has completed all of his conditions.

2. The United States Government has been provided with proof of completion of all conditions and is satisfied that the instant case is ripe for closure.

…

…

…

1  DATED this 5th day of October, 2023.

2

3                                                              Respectfully submitted,

4                                                              JASON M. FRIERSON
                                                               United States Attorney
5
   *s/ Damian Sheets*                                          *s/ Imani Dixon*
6  DAMIAN SHEETS                                               IMANI DIXON
   Counsel for Defendant                                       Assistant United States Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22:mj-00532-DJA |
| Plaintiff, | **Order to Close Case** |
| v. | |
| JOHN FUNAKI, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant has completed all of his conditions.

2. The United States Government has been provided with proof of completion of all conditions and is satisfied that the instant case is ripe for closure

### ORDER

IT IS HEREBY ORDERED that the Status Check in the above-captioned matter currently scheduled for October 6, 2023, is hereby VACATED, and the instant case is ordered CLOSED.

DATED this 5th day of October, 2023.

DANIEL J. ALBREGTS
United States Magistrate Judge

3